Name and address:
Mark J. Geragos   SBN 108325
GERAGOS & GERAGOS, APC
644 South Figueroa Street
Los Angeles, California 90017



FILED
CLERK, U.S. DISTRICT COURT
MAR 25 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br>Plaintiff(s)<br>v.<br>MASIMO CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS DELAWARE MASIMO CORPORATION, MASIMO AMERICAS, INC., et al.,<br>Defendant(s). | CASE NUMBER<br><br>8:14-cv-00001-JVS-AN<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Wanca, Brian J.                                   of   Anderson + Wanca
_____                      3701 Algonquin Road, Suite 760
*Applicant's Name (Last Name, First Name & Middle Initial)*   Rolling Meadows, IL 60008

847-368-1500            847-368-1501
_____
*Telephone Number*     *Fax Number*

bwanca@andersonwanca.com
_____            *Firm Name & Address*
*E-Mail Address*

for permission to appear and participate in this case on behalf of

PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,

*Name(s) of Party(ies) Represented*         ☒ Plaintiff   ☐ Defendant   ☐ Other: _____

and designating as Local Counsel

Geragos, Mark J.                                  of   Geragos & Geragos, APC
_____                      644 South Figueroa Street
*Designee's Name (Last Name, First Name & Middle Initial)*   Los Angeles, CA 90017

108325              (213) 625-3900
_____
*Designee's Cal. Bar Number*   *Telephone Number*

(213) 625-1600
_____            *Firm Name & Address*
*Fax Number*
                                                  mark@geragos.com
                                                  _____
                                                  *E-Mail Address*

hereby ORDERS the Application be:

☒ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated 3/25/14                         _____
                                      U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE   Page 1 of 1