Stephen C. Jensen (SBN 149894)
steve.jensen@knobbe.com
Jon W. Gurka (SBN 187964)
jon.gurka@knobbe.com
Benjamin A. Katzenellenbogen (SBN 208527)
ben.katzenellenbogen@knobbe.com
Callie Sand (SBN 293888)
callie.sand@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone:  (949) 760-0404
Fax:      (949) 760-9502

Attorneys for Defendants
MASIMO CORPORATION and
MASIMO AMERICAS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MASIMO CORPORATION, et al.<br><br>Defendants. | Case No. 8:14-cv-00001 JVS (ANx)<br><br>**DEFENDANTS MASIMO CORPORATION AND MASIMO AMERICAS, INC.'S NOTICE OF MOTION AND MOTION TO STAY**<br><br>**HEARING:**<br>Date:   May 12, 2014<br>Time:   1:30 p.m.<br>Ctrm:   10C<br><br>**Hon. Judge James V. Selna** |

PLEASE TAKE NOTICE that, Defendants Masimo Corporation and Masimo Americas, Inc. (collectively, "Masimo") hereby move to stay this action pending final merits disposition, including any appeal, of Masimo's administrative petition to the Federal Communications Commission, which was filed on April 1, 2014. Subject to the Court's availability, the motion will be heard on May 12, 2014 at 1:30 p.m. in Courtroom 10C, before the Honorable James V. Selna.

Masimo bases the motion on this notice; the concurrently filed memorandum of points and authorities, and the Declaration of Callie Sand and exhibit thereto; any subsequently filed reply briefs, declarations, and exhibits; the pleadings and papers filed in this action; and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise.

This motion is made following a conference of counsel pursuant to Local Rule 7-3, which took place on Monday, April 7, 2014.

Respectfully submitted,
KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 14, 2014   By: /s/ *Benjamin A. Katzenellenbogen*
　　　　　　　　　　　　　Stephen C. Jensen
　　　　　　　　　　　　　Jon W. Gurka
　　　　　　　　　　　　　Benjamin A. Katzenellenbogen
　　　　　　　　　　　　　Callie Sand

　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　MASIMO CORPORATION and
　　　　　　　　　　　　　MASIMO AMERICAS, INC.

17660406