UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.:  8:14-00001 DOC (ADSx)　　　　　　　　　Date:  January 2, 2019

Title:  *Physicians Healthsource, Inc. v. Masimo Corporation, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR**

　　　　On January 2, 2019, the Court heard the Motion for Protective Order and Motion to Quash Subpoena filed by defendants Masimo Corporation and Masimo Americas, Inc. ("Defendants"). [Dkt. No. 115]. Counsel for Defendants appeared at the hearing. Counsel for Physicians Healthsource, Inc. ("Plaintiff") did not appear at the noticed motion. As a result, Plaintiff is hereby ordered to show cause by no later than **JANUARY 17, 2019** why Plaintiff should not be sanctioned $500 for failure to appear at the noticed hearing.

　　　　**IT IS SO ORDERED.**

Initials of Clerk kh