Joseph R. Re (SBN 134479)
joe.re@knobbe.com
Stephen C. Jensen (SBN 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (SBN 208527)
ben.katzenellenbogen@knobbe.com
Stephen W. Larson (SBN 240844)
stephen.larson@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone:  (949) 760-0404
Fax:      (949) 760-9502

Adam B. Powell (SBN 272725)
adam.powell@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
12790 El Camino Real
San Diego, CA 92130
Phone: (858) 707-4000
Fax:     (858) 707- 4001

Attorneys for Defendants
MASIMO CORPORATION and
MASIMO AMERICAS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>MASIMO CORPORATION, et al.<br><br>          Defendants. | Case No. 8:14-cv-00001 JVS (ADSx)<br><br>Hon. Judge James V. Selna<br><br>**[PROPOSED] ORDER GRANTING MASIMO'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S ORDER**<br><br>**HEARING:**<br>Date: February 25, 2019<br>Time: 1:30 p.m.<br>Ctrm: 10C |

Having considered the Motion of Defendants Masimo Corporation and Masimo Americas, Inc., for Review of Magistrate Judge's Order, all the papers filed in support thereof, all papers in opposition thereto filed by Plaintiff, and any oral argument of counsel at any hearing on the motion, the Court hereby GRANTS Defendants' motion as follows:

1. Magistrate Judge Spaeth's January 3, 2019, Order "1) Denying Defendants' Motion for Protective Order as Moot and 2) Denying Defendants' Motion to Quash Subpoena" (Dkt. No. 126) is set aside in its entirety.

2. The scope of discovery in this case is limited to information concerning the two alleged fax advertisements that Plaintiff Physicians Healthsource, Inc. ("PHI") claims to have received, which are attached to the Complaint as Exhibit A. PHI's Requests for Production Nos. 1-4, 10-14, 16, 19-27, 29, 32, 34-41, 43, and 45, and PHI's Interrogatory Nos. 2-5, 7-15, 17, and 21, are limited to information concerning the two alleged fax advertisements that PHI claims to have received.

3. The scope of third party discovery, specifically including PHI's subpoenas to WestFax, Medical Communications Technologies, the American Medical Association, SK&A Information Services, Windstream Communications, IntegriChain, and Odyssey Services is similarly limited to information concerning the two alleged fax advertisements that PHI claims to have received. The Court quashes any aspects of PHI's subpoenas that seek information about other alleged faxes.

**IT IS SO ORDERED.**

Dated: _____

Honorable James V. Selna
United States District Judge

29716508

-1-