Ben J. Meiselas (SBN 277412)
meiselas@geragos.com
GERAGOS & GERAGOS
644 South Figueroa Street
Los Angeles, CA 90017-3411
Phone: (213) 625-3900
Fax: (213) 625-1600

Brian J. Wanca
bwanca@andersonwanca.com
Ross M. Good
rgood@andersonwanca.com
Glenn Hara
ghara@andersonwanca.com
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Phone: (847) 368-1500
Fax: (847) 368-1501

Matthew E. Stubbs
mstubbs@mrjlaw.com
MONTGOMERY, RENNIE & JONSON
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202
Phone: (513) 241-4722
Fax: (513) 241-8775

Attorneys for Plaintiff
PHYSICIANS HEALTHSOURCE, INC. and the Proposed Class

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., | ) Case No. 8:14-cv-00001 JVS (ANx) |
| | ) |
| Plaintiff, | ) Judge James V. Selna |
| | ) Mag. Judge Autumn D. Spaeth |
| v. | ) |
| | ) **DECLARATION OF MARK J.** |
| MASIMO CORPORATION, et al. | ) **GERAGOS IN SUPPORT OF** |
| | ) **PLAINTIFF'S MOTION FOR** |
| Defendants. | ) **LEAVE TO FILE SECOND** |
| | ) **AMENDED COMPLAINT TO ADD** |
| | ) **ADDITIONAL PARTY PLAINTIFF** |
| | ) |
| | ) **HEARING:** |
| | ) |
| | ) Date: March 11, 2019 |
| | ) Time: 1:30 p.m. |
| | Ctrm: 10C |

I, Mark J. Geragos, declare as follows:

1.      I am the principal of Geragos & Geragos. I am licensed to practice before all state and federal courts in the state of California. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify as such matters.

2.      Margo Hartley is an employee at Geragos & Geragos.

3.      Kirsten Swenson is an employee at Geragos & Geragos.

4.      Margo Hartley and I have wiring instructions (including the bank account number and routing code) for Geragos & Geragos' client trust bank account.

5.      It is now and has always been policy of Geragos & Geragos to only provide wiring instructions to opposing counsel to effectuate payments for settlements.

6.      On or about February 20, 2019, I reviewed Stephen Larson's Declaration in this case (Doc. 160).

7.      I have never spoken to any attorney representing Masimo regarding settlement of Geismann's claim.

8.      No attorney representing Masimo has ever requested to speak to me or any other attorney at Geragos & Geragos regarding settlement of Geismann's claim.

9.      On or about February 20, 2019, I contacted Geragos & Geragos' bank to inquire about the status of the wire transfer referred to in Stephen Larson's Declaration.

10.     As of today, the wire transfer referred to in Stephen Larson's Declaration has been rejected.

11.     Attached hereto as Exhibit A is a redacted documentation from Geragos & Geragos' bank confirming that the bank rejected the wire transfer.

1        12.    Attached hereto as Exhibit B is a true and correct copy of

2 correspondence dated February 26, 2019 from Plaintiff's Counsel to Masimo's

3 Counsel.

4 I declare under penalty of perjury that the foregoing is true and correct.

5

6 Executed on February 26, 2019

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

From: ██████████████
To: Mark Geragos, ██████████
Cc: ██████████
Sent: 2/26/2019 10:41:59 AM

██████████

████████████████████████████

██████████

# Wire Investigation

## Dispute and Information Request Form

**\*\*NOTE: For all same-day cancellations call Central Wires immediately at** ██████████

**Internal Use Only**
**For New Requests Only\*\***
**For all existing cases please email Wires Investigations including the case number in the subject line.**

Is this a new case?  ⊙ Yes  ○ No

Today's Date   2/20/2019

Date the client notified bank employee of error   2/20/2019

## Client Information

How was the client authenticated   Identification

██████████████████████████████

Please select the Affiliate ███

Account Name ████████████

Client's Debiting/Crediting Account ████████

Case Contact's Name ██████████

Case Contact's Phone Number ████████

Case Contact's Email Address ████████████

## Original Wire Information

**All information below can be obtained from RPI wire history or the customer's receipt.**
**A transaction or Sender Reference Number is required.**

This case is in regards to a    Incoming Wire

Transaction # *or* Sender Reference Number    ○ Transaction #   ⊙ Sender Reference Number

████████████

Date the original transaction was sent    2/19/2019

Amount of Wire    5000.00

Currency type    usd

## Case Information

Is the error caused by a bank error    No

Reason for case    ████████████████

Please provide a detailed explanation for the case (as requested),

████████████████
████████████████████

| Disclaimer |
|---|
| Wires employees are not able to contact the client directly unless there is a valid wire agreement on file. |

## Important Notification

You must communicate with your client that fees may apply for this case.

**Confirm that all fees for this case type have been communicated to the Client:**

1. No fees apply if the case is due to the Bank's error;

2. No fees apply in a - consumer X border wire (consumer international wire) case for:
   -- "Information Requests" - "Beneficiary received the wrong amount" - "Customer was debited for wrong amount" - or - "Funds were not available when promised" - or - for traces or recalls for similar reasons. **Please note: we do not charge our fee on these, but we will pass along the other bank's fees to the client if it was client error.**

3. If fees apply - If another institution charges us as part of our investigation, then we pass those 3rd party charges to the Client.

4. If fees apply - In addition to any 3rd party costs, our internal investigation fees are as follows:

   ████████   ████████   ████████   ████████   ████████   ████████

5. Please notify your client about any applicable fees. The wires room will not waive fees for any other reason. However if the banker wishes to waive or compensate the client they will be able to refund the fee from their fee GL account.

## Bank Employee Contact Information

| | |
|---|---|
| Bank Employee Contact Name | ████████ |
| Bank Employee Contact Number | ████████ |
| Bank Employee Contact Email | ████████ |

████████████████████████████████

**EXHIBIT B**

# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

February 26, 2019

***Via email transmission to Stephen.Larson@knobbe.com***

Stephen Larson
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614

Re:   Physicians Healthsource, Inc. v. Masimo Corporation, et al.
Case No. 8:14-cv-00001

Dear Stephen,

This letter is written regarding the declaration you submitted on February 19, 2019. (Doc. 160). Your declaration includes as an attachment banking information sufficient to identify the bank used by Geragos & Geragos as well as the routing code for the bank. Statutes regarding the crime of identity theft specify that means of identification include "unique electronic identification number, address, or routing code." (18 U.S. Code § 1028). I hereby request you redact my banking information from your filing. (Doc. 160-2).

Please advise us of your position as to the matters raised herein.

Very truly yours,

GERAGOS & GERAGOS

*s/ Mark J. Geragos*
Mark J. Geragos

cc:  All Counsel of Record