| | | |
|---|---|---|
| 1 | Ben J. Meiselas (SBN 277412)<br>meiselas@geragos.com | |
| 2 | GERAGOS & GERAGOS<br>644 South Figueroa Street | |
| 3 | Los Angeles, CA 90017-3411<br>Phone: (213) 625-3900 | |
| 4 | Fax: (213) 625-1600 | |
| 5 | Brian J. Wanca<br>bwanca@andersonwanca.com | Matthew E. Stubbs<br>mstubbs@mrjlaw.com |
| 6 | Ross M. Good<br>rgood@andersonwanca.com | MONTGOMERY, RENNIE & JONSON<br>36 East Seventh Street, Suite 2100 |
| 7 | Glenn Hara<br>ghara@andersonwanca.com | Cincinnati, Ohio 45202<br>Phone: (513) 241-4722 |
| 8 | ANDERSON + WANCA<br>3701 Algonquin Road, Suite 500 | Fax: (513) 241-8775 |
| 9 | Rolling Meadows, IL 60008<br>Phone: (847) 368-1500 | |
| 10 | Fax: (847) 368-1501 | |

Attorneys for Plaintiff
PHYSICIANS HEALTHSOURCE, INC. and the Proposed Class

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MASIMO CORPORATION, et al.<br><br>　　　　Defendants. | Case No. 8:14-cv-00001 JVS (ANx)<br><br>Judge James V. Selna<br>Mag. Judge Autumn D. Spaeth<br><br>**DECLARATION OF RAHDA GEISMANN IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TO ADD ADDITIONAL PARTY PLAINTIFF**<br><br>**HEARING:**<br><br>Date: March 11, 2019<br>Time: 1:30 p.m.<br>Ctrm: 10C |

I, Rahda Geismann, declare as follows:

1. I am over 21 years of age and competent to make this declaration.

2. I have personal knowledge of the facts and matters alleged herein and can competently testify to same.

3. I understand that this class action seeks relief under the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227, et seq. ("TCPA") on behalf of Gorss Motels, Inc. and a class of persons who received advertising faxes from Defendants.

4. I understand that the TCPA authorizes injunctive relief and recovery of $500 per violation, and that amount can be trebled if the Court determines that the violations were willful or knowing.

5. My intention in this case is to act on behalf of the Class and obtain recovery on behalf of the Class.

6. On November 28, 2018, I signed a retainer agreement with my counsel in this matter.

7. I received the unsolicited fax advertisement attached to the Second Amended Complaint on my fax machine.

8. I understand that I have a duty to protect the interests of the other class members.

9. I am not aware of any conflicts of interest between myself and the other class members.

10. At no time have I been offered money in exchange for my claims against Defendants. I have not and will not consider any individual settlements in this matter as I seek to be a class representative in this matter.

11. On or about February 20, 2019, I was made aware that Defendants, without my authorization, wired $5,000 to one of the law firms representing me to attempt to moot my claims in this matter. I do not accept this $5,000 as I seek to be a class representative in this matter.

-1-

-2-

1
2   I declare under penalty of perjury that the foregoing is true and correct.
3
4   Executed on February 25, 2019                    _____
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28