Ben J. Meiselas (SBN 277412)
meiselas@geragos.com
GERAGOS & GERAGOS
644 South Figueroa Street
Los Angeles, CA 90017-3411
Phone: (213) 625-3900
Fax: (213) 625-1600

Brian J. Wanca
bwanca@andersonwanca.com
Ross M. Good
rgood@andersonwanca.com
Glenn Hara
ghara@andersonwanca.com
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Phone: (847) 368-1500
Fax: (847) 368-1501

Matthew E. Stubbs
mstubbs@mrjlaw.com
MONTGOMERY, RENNIE & JONSON
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202
Phone: (513) 241-4722
Fax: (513) 241-8775

Attorneys for Plaintiff
PHYSICIANS HEALTHSOURCE, INC. and the Proposed Class

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MASIMO CORPORATION, et al.<br><br>Defendants. | Case No. 8:14-cv-00001 JVS (ANx)<br><br>Judge James V. Selna<br>Mag. Judge Autumn D. Spaeth<br><br>**DECLARATION OF MARGO HARTLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TO ADD ADDITIONAL PARTY PLAINTIFF**<br><br>**HEARING:**<br><br>Date: March 11, 2019<br>Time: 1:30 p.m.<br>Ctrm: 10C |

I, Margo Hartley, declare as follows:

1. I have been employed as an office administrator at Geragos & Geragos since 2015. I am not an attorney.

2. One of my job duties is to provide counsels Geragos & Geragos's bank account number and routing code for effectuating settlements.

3. On or about February 19, 2019, I was contacted by phone by an individual who identified himself as Stephen Larson ("Larson").

4. Larson represented to me that there was a settlement reached in a matter involving Geragos & Geragos and requested that I provide him with Geragos & Geragos's bank account number and routing code via email to Stephen.Larson@knobbe.com so that he could transfer the settlement funds.

5. Believing the representations to be true, I emailed Geragos & Geragos's bank account number and routing code as requested.

6. Larson never asked to speak to Mark Geragos, Ben Meiselas, or any other attorney at Geragos & Geragos.

7. But for Larson representing to me that there was a settlement, I would not have provided him with Geragos & Geragos's bank account number and routing code.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2019      _____

-2-