Ben J. Meiselas (SBN 277412)
meiselas@geragos.com
GERAGOS & GERAGOS
644 South Figueroa Street
Los Angeles, CA 90017-3411
Phone: (213) 625-3900
Fax: (213) 625-1600

Brian J. Wanca
bwanca@andersonwanca.com
Ross M. Good
rgood@andersonwanca.com
Glenn Hara
ghara@andersonwanca.com
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Phone: (847) 368-1500
Fax: (847) 368-1501

Matthew E. Stubbs
mstubbs@mrjlaw.com
MONTGOMERY, RENNIE & JONSON
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45202
Phone: (513) 241-4722
Fax: (513) 241-8775

Attorneys for Plaintiff
PHYSICIANS HEALTHSOURCE, INC. and the Proposed Class

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION, et al. <br><br> Defendants. | Case No. 8:14-cv-00001 JVS (ANx) <br><br> Judge James V. Selna <br> Mag. Judge Autumn D. Spaeth <br><br> **DECLARATION OF KIRSTEN SWENSON IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TO ADD ADDITIONAL PARTY PLAINTIFF** <br><br> **HEARING:** <br><br> Date: March 11, 2019 <br> Time: 1:30 p.m. <br> Ctrm: 10C |

I, Kirsten Swenson, declare as follows:

1. I am presently employed at Geragos & Geragos. I am not an attorney. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.

2. On or about February 19, 2019, I was contacted by phone by an individual who identified himself as Stephen Larson ("Larson").

3. Larson represented to me that there was a settlement reached in a matter involving Geragos & Geragos and requested that provide Geragos & Geragos's bank account number and routing code.

4. Believing the representations to be true, I explained to Larson that I did not have access to the Geragos & Geragos's bank account number and routing code. I further informed Larson that he would need to speak to another employee: Margo Hartley.

5. During the call, Larson never asked to speak to Mark Geragos, Ben Meiselas, or any other attorney at Geragos & Geragos.

6. But for Larson representing to me that there was a settlement, I would not have identified Margo Hartley as the person to talk to obtain Geragos & Geragos's bank account number and routing code.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2019    

-1-