Joseph R. Re (SBN 134479)
joe.re@knobbe.com
Stephen C. Jensen (SBN 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (SBN 208527)
ben.katzenellenbogen@knobbe.com
Stephen W. Larson (SBN 240844)
stephen.larson@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone:  (949) 760-0404
Fax:      (949) 760-9502

Adam B. Powell (SBN 272725)
adam.powell@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
12790 El Camino Real
San Diego, CA 92130
Phone:  (858) 707-4000
Fax:      (858) 707- 4001

Attorneys for Defendants
MASIMO CORPORATION and MASIMO AMERICAS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>MASIMO CORPORATION, et al.<br><br>Defendants. | Case No. 8:14-cv-00001 JVS (ADSx)<br><br>[Discovery Document: Referred to Magistrate Judge Autumn D. Spaeth]<br><br>**[PROPOSED] ORDER GRANTING-IN-PART MASIMO'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO INTERROGATORIES**<br><br>Date:        May 15, 2019<br>Time:        10:00 a.m.<br>Dept.:        6B<br><br>Fact Discovery Cut-Off:  7/1/2019<br>Pretrial Conference:      10/21/2019<br>Trial:                            11/5/2019 |

Having considered the Motion to Compel Production of Documents and Further Responses to Interrogatories of Defendants Masimo Corporation and Masimo Americas, Inc. (collectively, "Masimo"), all the papers filed in support thereof, all papers in opposition thereto, and oral argument of counsel at the hearing on May 15, 2019, and finding good cause, the Court hereby GRANTS-IN-PART and DENIES-IN-PART Masimo's motion to compel for the reasons and to the extent set forth on the record during the hearing.

In addition, Plaintiff Physicians Healthsource, Inc. ("PHI") shall comply with the Court's Order and provide its supplemental responses and produce documents by _____, 2019.

[Masimo respectfully requests the Court require compliance by May 24, 2019, because depositions of PHI witnesses begin May 30, 2019.   Masimo asked PHI if it wanted Masimo to include an alternate date in this Proposed Order.  PHI did not respond.]

IT IS SO ORDERED.

Dated: _____                    _____
                                                             Honorable Autumn D. Spaeth

30521220

-1-