IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>MASIMO CORPORATION, et al.<br><br>Defendants. | Case No. 8:14-cv-00001 JVS (ADSx)<br><br>Hon. Judge James V. Selna<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND NON-EXPERT DISCOVERY CUTOFF DEADLINE FOR LIMITED PURPOSES** |

The Court, having considered the parties' joint stipulation to extend non-expert discovery cutoff deadline for limited purposes, and good cause appearing therefor, hereby orders as follows:

The non-expert discovery cutoff deadline is extended for the limited purpose of allowing the parties to take the following depositions on or before July 31, 2019:

- Radha Geismann;
- Greg Geismann;
- Donna Middleton;
- Radha Geismann, M.D. P.C.;
- Physicians Healthsource, Inc.; and
- Masimo Corporation and Masimo Americas, Inc.

**IT IS SO ORDERED.**

Dated: July 01, 2019

James V. Selna
United States District Judge

30770498

-1-