Joseph R. Re (SBN 134479)
joe.re@knobbe.com
Stephen C. Jensen (SBN 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (SBN 208527)
ben.katzenellenbogen@knobbe.com
Stephen W. Larson (SBN 240844)
stephen.larson@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax:    (949) 760-9502

Adam B. Powell (SBN 272725)
adam.powell@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
12790 El Camino Real
San Diego, CA 92130
Phone: (858) 707-4000
Fax:    (858) 707- 4001

Attorneys for Defendants
MASIMO CORPORATION and
MASIMO AMERICAS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| PHYSICIANS HEALTHSOURCE, INC., et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>MASIMO CORPORATION, et al.,<br><br>                Defendants. | Case No. 8:14-cv-00001 JVS (ADSx)<br><br>Hon. Judge James V. Selna<br><br>**MASIMO'S NOTICE ERRATA TO MEMORANDUM IN SUPPORT OF MASIMO'S MOTION TO EXCLUDE THE TESTIMONY OF ROBERT BIGGERSTAFF**<br><br>**HEARING:**<br>Date: October 15, 2019<br>Time: 1:30 p.m.<br>Ctrm: 10C |
|---|---|

PLEASE TAKE NOTICE that Plaintiff Masimo makes the following corrections to the Memorandum in Support of Masimo's Motion to Exclude the Testimony of Robert Biggerstaff, which was filed under seal (Dkt No. 293-1.). The table corrects four inadvertent typographical and citation errors in the brief:

| Original Page and Line | Correction |
| --- | --- |
| 3:17 | Ex. 1 should be Ex. 11 |
| 10:17 | paragraph 20 should be paragraph 30 |
| 15:14 | *Id.* Should be *Id.* at 134:4-13 |
| 16:9 | 135:7-13 should be 136:7-13 |

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 23, 2019    By: */s/ Benjamin A. Katzenellenbogen*
Joseph R. Re
Stephen C. Jensen
Benjamin A. Katzenellenbogen
Stephen Larson
Adam B. Powell

Attorneys for Defendants
MASIMO CORPORATION and
MASIMO AMERICAS, INC.

31349283