Ben J. Meiselas (SBN 277412)
meiselas@geragos.com
GERAGOS & GERAGOS
644 South Figueroa Street
Los Angeles, CA 90017-3411
Phone: (213) 625-3900
Fax: (213) 625-1600

Brian J. Wanca
bwanca@andersonwanca.com
Ryan M. Kelly
rkelly@andersonwanca.com
Glenn Hara
ghara@andersonwanca.com
Ross M. Good
rgood@andersonwanca.com
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Phone: (847) 368-1500
Fax: (847) 368-1501

Matthew E. Stubbs
mstubbs@mojolaw.com
Montgomery Jonson LLP
600 Vine Street, Suite 2650
Cincinnati, Ohio 45202
Phone: (513) 241-4722
Fax: (513) 241-8775

Attorneys for Plaintiffs, PHYSICIANS HEALTHSOURCE, INC. and RADHA GEISMANN M.D. P.C., and the Proposed Class

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE INC., and RADHA GEISMANN M.D. P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>MASIMO CORPORATION, et al.<br><br>Defendants. | Case No. 8:14-cv-00001 JVS (ANx)<br><br>Hon. James V. Selna<br><br>**CERTIFICATE OF SERVICE RE: DOCUMENTS PROPOSED TO BE FILED UNDER SEAL** |

1  I am a citizen of the United States of America, and I am employed in
2  Rolling Meadows, Illinois. I am over the age of 18, and I am not a party to the
3  within action. My business address is 3701 Algonquin Road, Suite 500, Rolling
4  Meadows, Illinois.
5  On September 30, 2019, I served the following documents:

1. **DECLARATION OF ROSS M. GOOD IN SUPPORT OF PLAINTIFF'S APLICATION FOR LEAVE TO FILE UNDER SEAL.**
2. **PLAINTIFFS UNREDACTED RESPONSE TO MASIMO'S MOTION IN LIMINE NO. 1 UNDER SEAL.**
3. **PLAINTIFFS UNREDACTED RESPONSE TO MASIMO'S MOTION IN LIMINE NO. 1 UNDER SEAL.**

on counsel for Defendant, by transmitting it electronically to the following:

| Knobbe Martens Olson & Bear LLP | Kelley Drye & Warren LLP |
|---|---|
| Adam Powell<br>adam.powell@knobbe.com<br>Benjamin A Katzenellenbogen<br>Ben.Katzenellenbogen@knobbe.com<br>Joseph R Re<br>Joe.re@knobbe.com<br>Stephen C Jensen<br>Steve.Jensen@knobbe.com<br>Stephen W Larson<br>Stephen.Larsen@knobbe.com | Lauri A. Mazzuchetti<br>mazzuchetti@kelleydrye.com |

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on October 1, 2019, at Rolling Meadows, Illinois

*Susan M. Fitzgerald*
Susan M. Fitzgerald