Ben J. Meiselas (SBN 277412)
meiselas@geragos.com
GERAGOS & GERAGOS
644 South Figueroa Street
Los Angeles, CA 90017-3411
Phone: (213) 625-3900
Fax: (213) 625-1600

Brian J. Wanca
bwanca@andersonwanca.com
Ryan M. Kelly
rkelly@andersonwanca.com
Glenn Hara
ghara@andersonwanca.com
Ross M. Good
rgood@andersonwanca.com
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Phone: (847) 368-1500
Fax: (847) 368-1501

Matthew E. Stubbs
mstubbs@mojolaw.com
Montgomery Jonson LLP
600 Vine Street, Suite 2650
Cincinnati, Ohio 45202
Phone: (513) 241-4722
Fax: (513) 241-8775

Attorneys for Plaintiffs, PHYSICIANS HEALTHSOURCE, INC. and RADHA GEISMANN M.D. P.C., and the Proposed Class

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE INC., and RADHA GEISMANN M.D. P.C., <br><br> Plaintiffs, <br><br> v. <br><br> MASIMO CORPORATION, et al. <br><br> Defendants. | Case No. 8:14-cv-00001 JVS (ANx) <br><br> Hon. James V. Selna <br><br> **CERTIFICATE OF SERVICE RE: DOCUMENTS PROPOSED TO BE FILED UNDERSEAL** |

I am a citizen of the United States of America, and I am employed in Rolling Meadows, Illinois. I am over the age of 18, and I am not a party to the within action. My business address is 3701 Algonquin Road, Suite 500, Rolling Meadows, Illinois.

On October 8, 2019, I served the following documents:

1. SEALED DECLARATION OF ROSS M. GOOD IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL

2. THE UNREDACTED VERSION OF PLAINTIFFS' REPLY IN SUPPORT OF ITS MOTION IN LIMINE NO. 1 TO PRECLUDE MISLEADING EVIDENCE REGARDING TCPA.

3. THE UNREDACTED VERSION OF PLAINTIFFS' REPLY IN SUPPORT OF ITS MOTION IN LIMINE NO. 4 TO PRECLUDE ANY DISCLOSURE OF OTHER ACTIONS FILED BY PLAINTIFFS OR PLAINTIFFS' COUNSEL

| Knobbe Martens Olson & Bear LLP | Kelley Drye & Warren LLP |
|---|---|
| Adam Powell<br>adam.powell@knobbe.com<br><br>Ben A. Katzenellenbogen<br>Ben.Katzenellenbogen@knobbe.com<br><br>Joseph R. Re<br>Joe.re@knobbe.com<br><br>Stephen C. Jensen<br>Steve.Jensen@knobbe.com<br><br>Stephen W. Larson<br>Stephen.Larsen@knobbe.com | Lauri A. Mazzuchetti<br>mazzuchetti@kelleydrye.com |

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on October 8, 2019, at Rolling Meadows, Illinois

*Rita Hernandez* (signature)
Rita Hernandez

-3-