Joseph R. Re (SBN 134479)
joe.re@knobbe.com
Stephen C. Jensen (SBN 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (SBN 208527)
ben.katzenellenbogen@knobbe.com
Stephen W. Larson (SBN 240844)
stephen.larson@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone:  (949) 760-0404
Fax:      (949) 760-9502

Adam B. Powell (SBN 272725)
adam.powell@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
12790 El Camino Real
San Diego, CA 92130
Phone: (858) 707-4000
Fax:     (858) 707-4001

Attorneys for Defendants
MASIMO CORPORATION and
MASIMO AMERICAS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| PHYSICIANS HEALTHSOURCE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MASIMO CORPORATION, et al.,<br><br>Defendants. | Case No. 8:14-cv-00001 JVS (ADSx)<br><br>Hon. Judge James V. Selna<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>**HEARING:**<br>Date: March 9, 2020<br>Time: 1:30 p.m.<br>Ctrm: 10C |
|---|---|

Defendants Masimo Corporation and Masimo Americas, Inc. ("Masimo") respectfully submit the following decisions as supplemental authority in opposition to Plaintiffs Motion for Summary Judgment:

1. *In the Matter of Amerifactors Fin. Grp., LLC*, No. 05-338, 2019 WL 6712128 (F.C.C. Dec. 9, 2019) (FCC ruling that not all equipment capable of receiving a fax is actionable under the TCPA) (attached hereto as Exhibit A);

2. *Cordoba v. DIRECTV, LLC*, 942 F.3d 1259 (11th Cir. 2019) (vacating class certification and finding that standing under the TCPA required causation in addition to injury-in-fact) (attached hereto as Exhibit B); and

3. *Innovative Accounting Solutions, Inc. v. Credit Process Advisors, Inc.*, No. 1:15-CV-793, 2020 WL 948142 (W.D. Mich. Feb. 27, 2020) (rejecting strict liability under the TCPA for entities whose goods or services are advertised or promoted) (attached hereto as Exhibit C).

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 5, 2020

By: */s/ Benjamin A. Katzenellenbogen*
Joseph R. Re
Stephen C. Jensen
Benjamin A. Katzenellenbogen
Stephen Larson
Adam B. Powell

Attorneys for Defendants
MASIMO CORPORATION and
MASIMO AMERICAS, INC.

32384201